UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK RUBENSTEIN,                              23-cv-4332 (JGK)

              Plaintiff,                ORDER

      - against -

KOICHI ISHIZUKA, ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    As discussed at the telephone conference held today, the plaintiff may file an amended complaint by **July 28, 2023**. Upon the filing of the plaintiff's amended complaint, the case will be **stayed** pending service on the defendants in Japan.

    The process of serving the defendants, which is already underway, may continue with the original complaint. Service of the amended complaint may be made thereafter.

**SO ORDERED.**

Dated:    New York, New York
            July 13, 2023

                                            /s/ John G. Koeltl
                                              John G. Koeltl
                                       United States District Judge