UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK RUBENSTEIN,                           23-cv-4332 (JGK)

        Plaintiff,                    ORDER

    - against -

KOICHI ISHIZUKA, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff filed an amended complaint on July 28, 2023. Therefore, in accordance with this Court's July 13, 2023 Order, this case is **stayed** pending service on the defendants in Japan. ECF No. 16. Once service has been made on the defendants, the plaintiffs shall promptly apprise the Court of such service and submit a joint proposed schedule for briefing on a motion to dismiss, or alternatively, the filing of an answer.

SO ORDERED.

Dated:    New York, New York
           July 31, 2023

                                     John G. Koeltl
                                   United States District Judge