UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARK RUBENSTEIN,

                Plaintiff,

   - against -

KOICHI ISHIZUKA, ET AL.,

                Defendants.

23-cv-4332 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **Tuesday, January 9, 2024,** at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            December 26, 2023

                                          John G. Koeltl
                                 United States District Judge