UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

MARK RUBENSTEIN

      *Plaintiff,*

   - v -

KOICHI ISHIZUKA,
and WHITE KNIGHT CO., LTD

      *Defendants,*

      and

NEXT MEATS HOLDINGS, INC.,

      *Nominal Defendant.*

------------------------------------------------------------- X

Civil Action No. 23-CV-4332 (JGK)

NOTICE OF MOTION
TO DISMISS

To: Miriam Tauber (MT-1979)
   MIRIAM TAUBER LAW PLLC
   885 Park Ave. #2A
   New York NY 10075
   (323) 790-4881 | MiriamTauberLaw@gmail.com

   David Lopez (DL-6776)
   LAW OFFICES OF DAVID LOPEZ
   171 Edge of Woods Rd. PO Box 323
   Southampton NY 11969
   (631) 287-5520 | DavidLopezEsq@aol.com

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, Defendants, Koichi Ishizuka, White Knight Co., Ltd, Inc., and Nominal Defendant, Next Meats Holdings, Inc. by and through its undersigned counsel, move this Court for an Order dismissing Plaintiff's Amended Complaint in the above-captioned matter on a date and at a time to be determined by the Court, at the Courthouse, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007.

The grounds on which dismissal is sought are: (1) lack of personal jurisdiction over the defendant pursuant to Rule 12(b)(2), of the Federal Rule of Civil Procedure, and (2) improper venue pursuant to 12(b)(3) of the Federal Rule of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that no trial date has been established in this matter.

Dated: February 1, 2024

        Respectfully Submitted,

By: /s/ *David DeStefano*
DAVID DESTEFANO, ESQ. (DD4891)
The Law Office of David DeStefano, PLLC
112 W 34th St FL 18
New York, NY 10120-0001
Phone: (646) 961-3575 / Fax: (646) 365-3029
Email: info@daviddestefanolaw.com
*Attorney for Defendants*

By: /s/ *T. J. Jesky*
T. J. JESKY, ESQ.
Law Offices of T. J. Jesky
Illinois Attorney Registration No. 6325691
(*Pro Hac Vice*)
205 N. Michigan Ave., Suite 810
Chicago, IL 60601-5902
Phone: (312) 894-0130 / Fax: (312) 489-8216
Email: tj@jesklaw.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I, David DeStefano, an attorney, certify that on this 1st day of February, 2024, I caused the foregoing DEFENDANTS' MOTION FOR DISMISSAL to be served upon the following counsel by the ECF Filing system:

Miriam Tauber (MT-1979)
MIRIAM TAUBER LAW PLLC
885 Park Ave. #2A
New York NY 10075
(323) 790-4881 | MiriamTauberLaw@gmail.com

David Lopez (DL-6776)
LAW OFFICES OF DAVID LOPEZ
171 Edge of Woods Rd. PO Box 323
Southampton NY 11969
(631) 287-5520 | DavidLopezEsq@aol.com


By:  /s/ *David DeStefano*
David DeStefano