UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK RUBENSTEIN,

                Plaintiff,

-against-

KOICHI ISHIZUKA, et al.,

                Defendants.

23-CV-04332 (MMG)

**NOTICE OF REASSIGNMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2024

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the briefing schedule of Judge Koeltl's Order dated January 9, 2024. Pursuant to Rule II(B)(6) of the Court's Individual Rules & Practices, Plaintiff may choose to amend the complaint by **February 22, 2024**, instead of responding to Defendants' motion to dismiss. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 20, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge