**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARK RUBENSTEIN,

                Plaintiff,

-against-                                   23 **CIVIL** 4332 (MMG)

**JUDGMENT**

KOICHI ISHIZUKA, ET AL.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 23, 2025, Defendants' motion to dismiss the First Amended Complaint is GRANTED under Rule 12(b)(6) for failure to state a claim on which relief can be granted. Accordingly, the case is closed.

**Dated:** New York, New York

      May 27, 2025

                                                      **TAMMI M. HELLWIG**

                                                      **Clerk of Court**

                               **BY:**

                                                      **Deputy Clerk**